# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

NORA FARACE and ANTHONY FARACE,

    Plaintiff,

vs.

AMERICAN AIRLINES INC., et al.,

    Defendants.

2:10-cv-00724-MMD-VCF

**ORDER**

    Before the Court is Plaintiff Anthony Farace's Motion to appear by video conference at the settlement conference scheduled for March 6, 2013 filed on January 22, 2013. (#58).

    Mr. Farace is 73 years old and requests to appear by video conference or telephonically at the scheduled settlement conference. *Id.*

    To date, Defendants have not filed an opposition. Pursuant to LR 7-2 (d), "[t]he failure of an opposing party to file points and authorities in response to any motions shall constitute a consent to the granting of the motion."

    Accordingly, and for good cause appearing,

    IT IS HEREBY ORDERED that Plaintiff Anthony Farace's Motion to appear by video conference at the settlement conference scheduled for March 6, 2013 is GRANTED. Plaintiff Anthony Farace may participate by telephone at the settlement conference on March 6, 2013.

…

…

IT IS FURTHER ORDERED that Plaintiff Nora Farace must attend the settlement conference in person with her attorney.

DATED this 19th day of February, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

2